

## Re: Emergency injuction motion Hearing on Monday July 20th at 9 am

 me          Jul 16   ☆

To pdp@downtownpittsburgh.com

Jul 16 at 6:01 AM

Here is the new  Petition.   That was filed in court

Inbox(273,823)

Search



🗑 Delete      ⤴ Move to      ⇨ Forward      ↩ Reply      ••• More

mail.yahoo.com/m/fo