Case 2:26-cv-01531   Document 1   Filed 07/17/26   Page 1 of 3

**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RENEE WILSON, | ) |
| | ) |
| Plaintiff/Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No: 2:26-cv- 26-1531 |
| CITY OF PITTSBURGH, PITTSBURGH BUREAU | ) |
| OF POLICE, PITTSBURGH DOWNTOWN | ) Jury Trial Demanded |
| PARTNERSHIP, and MAYOR O'CONNOR, in his | |
| official capacity, | ) |
| | ) |
| Defendants/Respondents. | ) |

## NOTICE OF REMOVAL

AND NOW comes the Defendants, the City of Pittsburgh, Pittsburgh Bureau of Police and Mayor

O'Connor (hereinafter "the City Defendants"), by their attorney, Julie E. Koren, Associate City Solicitor,

and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby remove the above-captioned action from the Court

of Common Pleas of Allegheny County to the United States District Court for the Western District of

Pennsylvania. Grounds in support of removal are as follows:

1.     Plaintiff commenced this civil action by filing her Complaint on or about July 10, 2026, in

the Court of Common Pleas, Allegheny County at Number GD-26-006879.  A copy of the state court

Docket and all filings to date are attached as Exhibit B.

2.     This Court has original jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. §§

1331 and 1343.  Accordingly, the City is entitled to remove the action to this Court pursuant 28 U.S.C. §

1441(a) and (b).

3.     The City Defendants have conferred with Co-Defendant Pittsburgh Downtown Partnership

and they have consented to Removal of this Action from the Court of Common Pleas of Allegheny County

to The United States District Court for the Western District of Pennsylvania.

4.    This Notice of Removal is being filed within 30 days after receipt of Plaintiff's Second Amended Petition for Emergency Injunctive Relief, by hand delivery of the Second Amended Petition for Injunctive Relief at the City of Pittsburgh Law Department on July 15, 2026.

5.    The City Defendants reserve all rights, including the right to object based on improper service.

6.    Without waiving their legal rights regarding proper service, City Defendants will state that the Second Amended Petition for Emergency Injunctive Relief is operative for removal by 28 U.S.C. § 1446(b). The Second Amended Injunction is the operative pleading.

7.    A copy of this Notice of Removal will be duly filed with the Clerk of Court for the Court of Common Pleas, Allegheny County and served upon Plaintiff and Co-Defendant currently part of the action.

8.    In removing this action, neither the City, nor Co-Defendant Pittsburgh Downtown Partnership waives their objections to defects in service or improper service, or any defenses.

9.    A jury trial is demanded.

10.    By removing this action from the Court of Common Pleas of Allegheny County, Defendant, City does not admit any of the allegations in Plaintiff's Second Amended Injunction.

**WHEREFORE**, Defendant, City removes the above-captioned action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Dated:    July 17, 2026
          Pittsburgh, PA

Respectfully submitted,

By: s/ Julie E. Koren
JULIE E. KOREN
Associate City Solicitor

2

PA ID # 309642
Julie.Koren@pittsburghpa.gov

City of Pittsburgh Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 255- 2032
*Counsel for Defendants City of Pittsburgh,*
*Pittsburgh Bureau of Police and Mayor O'Connor*

## Re: Emergency injuction motion Hearing on Monday July 20th at 9 am

---

 **me**                                    Jul 16  ☆

To pdp@downtownpittsburgh.com

Jul 16 at 6:01 AM

Here is the new  Petition.   That was filed in court

Inbox(273,823)

Search



| Delete | Move to | Forward | Reply | More |

| Respondent | Address | Time of Delivery | Received By (Print Name & Sign) |
|---|---|---|---|
|  | Pittsburgh, PA 15219 |  |  |
| Pittsburgh Downtown Partnership | 925 Liberty Avenue Pittsburgh, PA 15222 | 12⁰⁰pm July 16th | Perry 920 Liberty Ave |

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Date: July 15, 2026
**RENEE WILSON**   *Renee Wi_____*
Petitioner, *Pro Se*
Pittsburgh, Allegheny County, Pennsylvania

| | |
|---|---|
| RENEE WILSON, individually and as Guardian and Next Friend of HARMONII GRAY, a Minor, *Petitioner,* | Docket No. GD-26-6879 |
| | **CERTIFICATE OF SERVICE** |

v.

CITY OF PITTSBURGH; PITTSBURGH BUREAU OF POLICE; PITTSBURGH DOWNTOWN PARTNERSHIP; and MAYOR O'CONNOR, in his official capacity, *Respondents.*

## CERTIFICATE OF SERVICE

I, Renee Wilson, Petitioner appearing *pro se,* hereby certify that on July 15, 2026, I served a true and correct copy of the *Second Amended Petition for Emergency Injunctive Relief* and *Supplemental Brief in Support* thereof upon the following Respondents by personal hand delivery:

| Respondent | Address | Time of Delivery | Received By (Print Name & Sign) |
|---|---|---|---|
| City of Pittsburgh / Office of the City Solicitor | Room 313, City-County Building 414 Grant Street | 4:04 pm July 14 *(signature)* | LEAH REP |